# Intended Notice Recipients – Method of Notice

District/Off: 0209–2         User: capogreco         Date Created: 5/18/2007
Case: 2–06–22149–JCN         Form ID: pdfattch       Total: 9

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*

| | | |
|---|---|---|
| tr | Kenneth W. Gordon | lgordons@rochester.rr.com, N104@ecfcbis.com |
| aust | Kathleen Schmitt, 11 | USTPRegion02.RO.ECF@USDOJ.GOV |
| aty | Devin L. Palmer | dpalmer@boylanbrown.com, dpalmer@boylanbrown.com |

TOTAL: 3

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*

| | | | | | |
|---|---|---|---|---|---|
| db | Allan Douglas Saunders | 43 Cambridge Road | Hilton, NY 14468 | | |
| jdb | Michele Marie Saunders | 43 Cambridge Road | Hilton, NY 14468 | | |
| aty | Boylan Brown Code Vigdor &Wilson | C. Bruce Lawrece | 2400 Chase Square | Rochester, NY 14604 | |
| aty | David D. MacKnight | Lacy, Katzen etal | 130 East Main St. | Rochester, NY 14604 | |
| aty | Louis A. Ryen | Lacy, Katzen, et al | The Granite Bldg. | 130 East Main St. | Rochester, NY 14604 |
| ust | Kathleen Schmitt | Office of the United States Trustee | 100 State Street, Room 6090 | Rochester, NY 14614 | |

TOTAL: 6